```
GARY M. LEPPER, SBN 45498
JENNIFER R. BEIERLE, SBN 227505
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for Defendants
CITY OF NAPA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities, and Does 1-100, Jointly and Severally,<br><br>    Defendants. | Case No. C 04-00958 JSW<br><br>**STIPULATION FOR DISMISSAL, WITH PREJUDICE; ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED between plaintiff Stephanie Harrington and defendant City of Napa that this action may be dismissed, with prejudice, as to City of Napa, only.

Dated: March    , 2005         HELBRAUN LAW OFFICES

                               S/_____
                               DAVID M. HELBRAUN
                               Attorney for plaintiff

Dated: March    , 2005         LEPPER & HARRINGTON

                               S/_____
                               GARY M. LEPPER
                               Attorney for City of Napa

///

///

STIPULATON FOR DISMISSAL            1                    harrington/p/stipds05A17

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to defendant City ~~County~~ of Napa only.

Dated: April 29, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Court Judge

STIPULATON FOR DISMISSAL    2    harrington/p/stipds05A17