GARY M. LEPPER, SBN 45498
JENNIFER R. BEIERLE, SBN 227505
LEPPER & HARRINGTON
1600 S. Main Street, Suite 305
Walnut Creek, CA 94596
(925) 256-6180
(925) 943-6190 (fax)

Attorneys for Defendants
COUNTY OF NAPA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEPHANIE HARRINGTON, | ) Case No. C 04-00958 JSW |
|---|---|
| Plaintiffs, | ) **STIPULATION FOR DISMISSAL, WITH PREJUDICE; ORDER OF DISMISSAL** |
| v. | ) |
| CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities, and Does 1-100, Jointly and Severally, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED between plaintiff Stephanie Harrington and defendant County of Napa that this action may be dismissed, with prejudice, as to County of Napa, only.

Dated: March    , 2005          HELBRAUN LAW OFFICES

                                S/_____
                                DAVID M. HELBRAUN
                                Attorney for plaintiff

Dated: March    , 2005          LEPPER & HARRINGTON

                                S/_____
                                GARY M. LEPPER
                                Attorney for County of Napa

///

///

STIPULATON FOR DISMISSAL              1              harrington/p/stipds05e2cor

## ORDER OF DISMISSAL

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, as to defendant County of Napa only.

Dated: May 2, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
United States District Court Judge