DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
STEPHANIE HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>  Plaintiff,<br>v.<br><br>CITY OF NAPA, a municipal entity, COUNTY OF NAPA, a government entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>  Defendants. | Case No. C04-00958 JSW<br><br>**REVISED** STIPULATION AND APPLICATION FOR ORDER GRANTING EXTENSION TO MAY 16 TO FILE OPPOSITION TO MOTION FOR PARTIAL SUMMARY BECAUSE OF COUNSEL'S ILLNESS AND COMMENSURATE EXTENSION FOR REPLY BRIEF; Order |

WHEREAS, Plaintiffs' counsel, a sole practitioner, has been out of the office sick with strep throat and fever, on May 9 and 10, and only partially able to work on May 11, and

WHEREAS, Plaintiffs' Opposition to Defendants' Motion for Partial Summary Judgment would otherwise be due for filing this Friday, May 13, 21 days before the June 3 hearing date, but Plaintiffs' counsel's illness has rendered him unable to complete the necessary work to timely file said Opposition on or before May 13, 2005, and

WHEREAS, defendants' counsel, who is on vacation, communicated through his secretary on May 10 that defendants agreed under the circumstances to permit Plaintiff to have until the close of business on Monday May 16 to file Plaintiff's Opposition briefing and supporting documents and may indicate such stipulation to the Court,

THE PARTIES, by and through their respective counsel, hereby stipulate and agree that Plaintiff may have until the close of business on Monday May 16 to file Plaintiff's Opposition

REVISED STIPULATION/APPLICATION RE EXTENSION OF TIME TO FILE MSJ OPP   Case No. C04-00958 JSW   1

briefing and supporting documents in Opposition to defendants' Motion for Partial Summary Judgment, and Defendants May have a commensurate period, to May 23, 2005, to file their Reply brief and supporting documents.

    Respectfully submitted,

DATED: May 11, 2005                    HELBRAUN LAW FIRM

                                            /s/
                                        David M. Helbraun
                                        Attorneys for Plaintiff
                                        STEPHANIE HERRINGTON

DATED: May 12, 2005                      CITY OF NAPA ATTORNEY

                                            /s/
                                        David Jones
                                        Attorneys for Defendants POTTER, PEECOOK,
                                        and CITY OF NAPA

**IT IS SO ORDERED.**

DATED: May 13, 2005                    /s/ Jeffrey S. White
                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE