```
1  DAVID M. HELBRAUN (SBN 129840)
   HELBRAUN LAW FIRM
2  180 Sutter Street, Suite 200
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 352-0988
4
   Attorneys for Plaintiff
5  STEPHANIE HARRINGTON
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> CITY OF NAPA, a municipal entity, ) <br> COUNTY OF NAPA, a government ) <br> entity, POLICE OFFICER DEBBIE ) <br> PEECOOK, POLICE OFFICER ) <br> BRENT POTTER, in their individual ) <br> and official capacities, and DOES 1-100, ) <br> Jointly and Severally, ) <br> ) <br> Defendants. ) | Case No. C04-00958 JSW <br><br> STIPULATION AND APPLICATION FOR ORDER GRANTING FURTHER EXTENSION TO EXPERT DISCOVERY DEADLINES |

_____WHEREAS, the parties, by and through their respective counsel, agree that all parties have been cooperating in good faith in pursuing completion of expert discovery, and

WHEREAS, due to Plaintiffs' counsel's recent illness on May 10 and 11, as well as plaintiff's supplemental expert report, three separate expert depositions previously set for May 10 and May 12 were canceled and cannot be rescheduled to be taken before the current May 13, 2005 expert discovery cut-off date,

THE PARTIES, by and through their respective counsel, hereby stipulate and agree that an additional 25-day extension of time is required to complete the expert depositions, to accommodate the experts' and counsel's calendars, and the parties hereby jointly apply to the Court for an Order modifying the April 4, 2005 Order Extending Discovery Deadlines, to provide for the requested additional extensions, such that all expert discovery be completed by June 8, 2005.

---

STIPULATION AND APPLICATION RE EXTENSION OF EXPERT DISCOVERY TIME  Case No. C04-00958 JSW   1

1  It is respectfully submitted that said extension will not prejudice the parties or the
2  Court in their activities in preparation for the August 8, 2005 trial in this matter, and the parties
3  commit to use their best efforts to complete the remaining expert discovery by June 8, 2005.

4  Respectfully submitted,

5  DATED: May 13, 2005          HELBRAUN LAW FIRM

6
7                                /s/
                                 David M. Helbraun
                                 Attorneys for Plaintiff
8                                STEPHANIE HERRINGTON

9  DATED: May 13, 2005          CITY OF NAPA ATTORNEY

10
11                               /s/
                                 David Jones
                                 Attorneys for Defendants POTTER, PEECOOK,
12                               and CITY OF NAPA

13
14  **IT IS SO ORDERED.**

15
16  DATED: May 18, 2005          /s/ Jeffrey S. White
                                 JEFFREY S. WHITE
17                               UNITED STATES DISTRICT JUDGE

18
19
20
21
22
23
24
25
26
27
28

---

STIPULATION AND APPLICATION RE EXTENSION OF EXPERT DISCOVERY TIME  Case No. C04-00958 JSW  2