1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

STEPHANIE HARRINGTON,

10

      Plaintiff,                       No. C 04-00958 JSW

11

  v.

12

CITY OF NAPA, et al.,

13

      Defendants.

**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

_____/

14
15
16

     Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

17

randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

18

conference shall be conducted within thirty days, if possible.

19

     The parties will be advised of the date, time and place of appearance by notice from the

20

assigned magistrate judge.

21

     **IT IS SO ORDERED.**

22
23

Dated: June 3, 2005

           __/s/ Jeffrey S. White_____

24

           JEFFREY S. WHITE
           UNITED STATES DISTRICT JUDGE

25
26

cc: Wings Hom

27
28

**United States District Court**
For the Northern District of California

1

2

3

4

5

6             IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    STEPHANIE HARRINGTON,

10            Plaintiff,                    No. C 04-00958 JSW

11    v.

12    CITY OF NAPA, et al.,                **ORDER REFERRING CASE TO
                                           MAGISTRATE JUDGE FOR
13            Defendants.                   SETTLEMENT CONFERENCE**

14    _____/

15

16           Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

17    randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

18    conference shall be conducted within thirty days, if possible.

19           The parties will be advised of the date, time and place of appearance by notice from the

20    assigned magistrate judge.

21           **IT IS SO ORDERED.**

22

23    Dated: June 3, 2005                        __/s/ Jeffrey S. White_____
                                                 JEFFREY S. WHITE
24                                               UNITED STATES DISTRICT JUDGE

25

26    cc: Wings Hom

27

28

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2

3

4

5

6                           IN THE UNITED STATES DISTRICT COURT

7

8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   STEPHANIE HARRINGTON,

10              Plaintiff,                          No. C 04-00958 JSW

11      v.

12   CITY OF NAPA, et al.,                          **ORDER REFERRING CASE TO
                                                    MAGISTRATE JUDGE FOR
13              Defendants.                          SETTLEMENT CONFERENCE**

14   _____/

15

16          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

17   randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

18   conference shall be conducted within thirty days, if possible.

19          The parties will be advised of the date, time and place of appearance by notice from the

20   assigned magistrate judge.

21          **IT IS SO ORDERED.**

22

23   Dated: June 3, 2005                          __/s/ Jeffrey S. White_____

24                                                JEFFREY S. WHITE
                                                 UNITED STATES DISTRICT JUDGE

25

26   cc: Wings Hom

27

28

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    STEPHANIE HARRINGTON,

10            Plaintiff,                          No. C 04-00958 JSW

11     v.

                                                 **ORDER REFERRING CASE TO**
12   CITY OF NAPA, et al.,                        **MAGISTRATE JUDGE FOR**
                                                 **SETTLEMENT CONFERENCE**
13            Defendants.

14   _____/

15

16          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

17   randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

18   conference shall be conducted within thirty days, if possible.

19          The parties will be advised of the date, time and place of appearance by notice from the

20   assigned magistrate judge.

21          **IT IS SO ORDERED.**

22

23   Dated: June 3, 2005                          __/s/ Jeffrey S. White_____
                                                 JEFFREY S. WHITE
24                                               UNITED STATES DISTRICT JUDGE

25

26   cc: Wings Hom

27

28

United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   STEPHANIE HARRINGTON,

10              Plaintiff,                          No. C 04-00958 JSW

11      v.

12   CITY OF NAPA, et al.,                         **ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE**

13              Defendants.

14   _____/

15

16          Pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2 this matter is referred to a

17   randomly-assigned magistrate judge to conduct a settlement conference.  The settlement

18   conference shall be conducted within thirty days, if possible.

19          The parties will be advised of the date, time and place of appearance by notice from the

20   assigned magistrate judge.

21          **IT IS SO ORDERED.**

22

23   Dated: June 3, 2005                             __/s/ Jeffrey S. White_____

24                                                   JEFFREY S. WHITE
                                                     UNITED STATES DISTRICT JUDGE

25

26   cc: Wings Hom

27

28

**United States District Court**
For the Northern District of California