| | |
|---|---|
| 1 | DAVID M. HELBRAUN (SBN 129840) |
| | **HELBRAUN LAW FIRM** |
| 2 | 180 Sutter Street, Suite 200 |
| | San Francisco, California 94104 |
| 3 | Telephone: (415) 982-4000 |
| | Facsimile: (415) 352-0988 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | STEPHANIE HARRINGTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

    Plaintiff,

v.

CITY OF NAPA, a municipal entity, COUNTY OF NAPA, a government entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,

    Defendants.

Case No. C04-00958 JSW

FURTHER STIPULATION AND APPLICATION FOR ORDER GRANTING EXTENSION TO EXPERT DISCOVERY DEADLINES

_____WHEREAS, the parties, by and through their respective counsel, agree that all parties have been cooperating in good faith in pursuing completion of expert discovery, and

WHEREAS, due to Plaintiffs' counsel's illness on May 10 and 11, two expert depositions previously set for May 10 were cancelled and cannot be rescheduled to be taken before the current June 8, 2005 expert discovery cut-off date, and

WHEREAS this matter has very recently been set for a June 23, 2005 Settlement Conference before Magistrate Judge LaPorte, and

WHEREAS defense counsel is on vacation from June 9 through June 21, and Plaintiff's counsel is on vacation from June 29 through July 6, 2005, and

WHEREAS at the recent June 3, 2005 hearing on Defendants' Motion for Partial Summary Judgment, the Court invited the parties to submit this Stipulation and [Proposed} Order,

THE PARTIES, by and through their respective counsel, hereby stipulate and agree

that an additional 35-day extension of time is required to complete the expert depositions, to accommodate the experts' and counsel's calendars, and to facilitate possible settlement by incurring the additional costs of the two remaining expert depositions after the June 23 Settlement Conference, the parties hereby jointly apply to the Court for an Order modifying the May 18, 2005 Order Extending Expert Discovery Deadlines, to provide for the requested additional extensions, such that all expert discovery be completed by July 13, 2005.

It is respectfully submitted that said extension will not prejudice the parties or the Court in their activities in preparation for the August 8, 2005 trial in this matter, and the parties commit to use their best efforts to complete the remaining expert discovery by July 13, 2005.

Respectfully submitted,

DATED: June 8, 2005  HELBRAUN LAW FIRM

/s/
David M. Helbraun
Attorneys for Plaintiff
STEPHANIE HERRINGTON

DATED: June 8, 2005  CITY OF NAPA ATTORNEY

/s/
David Jones
Attorneys for Defendants POTTER, PEECOOK, and CITY OF NAPA

**IT IS SO ORDERED.**

DATED: June 13, 2005  /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE