1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    STEPHANIE HERRINGTON,                    No. C-04-00958 JSW (EDL)

9              Plaintiff,                      **ORDER FOLLOWING SETTLEMENT
                                               CONFERENCE**
10      v.

11   NAPA CITY OF, et al.,

12            Defendants.
     _____/
13

14       Following the settlement conference held on June 23, 2005, defense counsel shall brief City

15   Council about the settlement conference and submit a confidential letter brief updating the Court by

16   July 6, 2005. Letter may be sent via facsimile to (415) 522-2002 or counsel may call chambers. The

17   Court will decide whether to schedule a further settlement conference.

18   **IT IS SO ORDERED.**

19

20

21
     Dated: June 24, 2005                        _Elizabeth D. Laporte_____
22                                               ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge
23

24

25

26

27

28

**United States District Court**
For the Northern District of California