```
THOMAS B. BROWN, CITY ATTORNEY, (SBN 104254)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:  (707) 257-9516
Facsimile:   (707) 257-9274
```

Attorneys for Defendants CITY OF NAPA, OFFICER DEBBIE PEECOOK, and OFFICER BRENT POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. C04-0958 JSW<br><br>[~~PROPOSED~~]<br>ORDER GRANTING DEFENDANTS' REQUEST TO FILE WRITTEN RESPONSE TO PLAINTIFF'S OFFERS OF PROOF RE: DEFENDANTS' IN LIMINE MOTION NOS. 1 AND 2<br><br>**TRIAL DATE:**　　8/15/05<br>**Honorable Jeffrey S. White** |

The COURT hereby grants Defendants Peecook and Potter's request to file a single brief response to Plaintiff's Offers of Proof Re: Defendants' In Limine Motion Nos. 1 and 2. The response is limited to three pages and shall be e-filed by ~~the close of business~~ 4:00 p.m. on August 4, 2005.

IT IS SO ORDERED.

~~SO ORDERED.~~

Dated: August 3, 2005

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[~~Proposed~~] Order Granting Defendants' Request to File Written Response to Plaintiff's Offers of Proof re: Defendants' In Limine Motion Nos. 1 and 2

1