IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>POLICE OFFICER DEBBIE PEECOOK and<br>POLICE OFFICER BRETT POTTER, in their<br>individual and official capacities,<br><br>　　　　Defendants.<br>_____/ | No. C 04-0958 JSW<br><br>**COURT'S INTENDED VOIR DIRE FOR PANEL** |

## STATEMENT OF THE CASE

　　Plaintiff, Stephanie Harrington, claims that Defendants Debbie Peecook and and Brent Potter, both Officers in the City of Napa Police Department, used unreasonable and excessive force against her when they handcuffed her and escorted her outside her house to a waiting patrol car, without the use of her crutches.  The incident happened on the night of May 25, 2003, while the defendant officers were lawfully arresting Plaintiff for alleged domestic violence against her husband.

　　Plaintiff also claims that Defendant Peecook acted with reckless indifference to Plaintiff's rights, and that Defendant Potter failed to intercede to stop Officer Peecook.  Plaintiff brings claims for violation of her right to be free from excessive force under the Fourth Amendment to the United States

Constitution.

The defendants, Officers Peecook and Potter, deny those claims, and contend that the force they used, if any, against Plaintiff was reasonable under the circumstances.

**QUESTIONS FOR THE PANEL**

1. Has any member of the panel heard or read anything about the case?

2. Plaintiff will be represented at trial by David M. Helbraun. Defendant will be represented by David C. Jones, Deputy City Counsel for the City of Napa. The parties may also call the following witnesses:
   - Plaintiff, Stephanie Harrington
   - Defendant Officer Brent Potter
   - Defendant Officer Debbie Peecook
   - Billie Grandrath
   - John Harrington
   - Jaqueline Danner
   - Douglas Weir
   - Dr. Marko Bodor
   - Dr. Donald Hitchcock.
   - Dr. Aurelio Campos
   - Dr. Paul Muizelaar
   - Dr. Eric Denys
   - Carol Hyland
   - D.P. Van Blaircom
   - Dr. John Hibbard
   - Darlene Abasta

- Correctional Officer Rene Solis
- Correctional Officer Ken Adkins
- Correctional Facility Nurse Darlene Abasta
- Sergeant Steve Lavoy
- Sergeant Gil Gallegos
- Patricia S. Thompson
- Jared Zwickey
- Juan Garcia
- Michael Smith
- Britta Wallace
- Dr. Jim D. Anderson

    a) Do any of you know any of these persons?

    b) Have any of you had any business dealing with them or were represented by them?

    c) Have any of you had any other similar relationship or business connection with any of them?

3. As I indicated, my name is Jeffrey S. White. Do any of you know me?

4. My courtroom deputy is Jennifer Ottolini and my Law Clerks are Daisy Salman, Melissa Todd-Goldberg, and Kristin Ring. Do any of you know any of these people?

5. Have any of you ever served as a juror in a criminal or a civil case or as a member of a grand jury in either a federal or state court? If yes, please state the following:

    a) How many times?

        b) When?
        c) Were you a foreperson?
        d) What type of case was it?
        e) How did you feel about your jury service?
        g) Without stating the result, did the jury reach a verdict?

6. Have any of you or an immediate family member ever been a party to a lawsuit, other than divorce proceedings?

7. Have any of you or anyone in your immediate family had any training in the law?

8. Do any you have any feelings or opinions about lawsuits, lawyers or parties to lawsuits that would affect your ability to be a fair and impartial juror in this case?

9. As I have advised you, the Defendants in this case work for the City of Napa. Do any of you have any feelings or opinions about the City of Napa or other public entities that would affect your ability to be a fair and impartial juror in this case?

10. Have you or anyone in your immediate family ever worked for any state, county or city government? If so, how, which government, and in what capacity?

11. Have you or an immediate family member ever had a negative or positive experience with a law enforcement officer?

4

**12.** Have you or an immediate family member ever been subjected to any use of force by a law enforcement officer, including handcuffing, police control holds? Has anybody you know ever been injured by a law enforcement officer?

13. Have you ever personally witnessed a law enforcement officer use force against an individual, to effect an arrest or to otherwise restrain them?

14. Are you or any of your immediate family members employed in law enforcement or corrections or in a job which causes you to work with people in law enforcement or corrections on a regular basis?

15. Have you or any of your immediate family members been a victim of crime?

16. Have you or anyone close to you had any personal encounter or experience with the City of Napa Police Department?

17. Are you any more or less likely to believe factual allegations presented by a law enforcement officer than by any other person?

18. Do you think its wrong to judge the actions or decisions of police officers in the field?

19. Do you have any family members or close friends who might be upset with you if they learned you had been part of a jury which

voted to award damages to a plaintiff against a law enforcement officer?

20. Have you or any relatives or friends had a law enforcement officer become involved in a domestic dispute?

21. Have you or anyone close to you ever been involved in a domestic violence or other domestic disturbance incident?

22. Have you or anyone you know ever been arrested for something they allegedly did in a domestic violence or domestic disturbance situation? What happened?

23. Do you have any experience, education, or training concerning a disability known as brachyolmia?

24. Do you have any friends or family members who have a serious physical or mental disability? How has that affected your life?

25. Do you believe that people who have a physical disability too often ask for special treatment?

26. Have we as a society gone overboard in trying to accommodate people with disabilities?

27. Do you think disabled people sometimes overstate their disabilities or injuries?

6

28. Do you think disabled people sometimes understate their disabilities or injuries?

29. How do you feel about our legal system which provides for an award of financial compensation for the physical suffering, emotional distress, inconvenience and humiliation experienced?

30. Do you think emotional suffering is real? Do you think people should be able to collect damages for it if they prove it has occurred? Why or why not?

31. Do you have any concerns about assessing punitive damages, which are in the nature of fine or civil penalty, against the Defendants Officer Debbie Peecook, if you find that her conduct was wrongful enough to merit such a fine.

32. Will you be able to follow the Judge's instructions that allegations mean nothing, that you must evaluate evidence and keep an open mind?

33. Will you be able to follow the Judge's instruction that you do not try to figure the case out until you have heard all of the evidence?

34. Will you be able to follow the Judge's instruction that Plaintiff has the burden of proof in this case, by a preponderance of evidence, and that if this burden is not fulfilled, you must find against Plaintiff?

35. Do you believe that Plaintiff is entitled to monetary damages simply because she has brought his case to trial?

7

36. Do you believe that if someone is sued they must have done something wrong?

37. Will you be able to follow the Judge's instructions that you should not be swayed by emotion or sympathy in this case?

38. Do you have a feeling or belief now, even without hearing the evidence, that the Defendants in this case should or should not be held liable for injuries to Stephanie Harrington?

39. Is there anything about the Plaintiff Stephanie Harrington that may influence your ability or willingness to consider the evidence fairly, and to render a verdict in the Plaintiff's favor if the evidence supports it?  If so, please describe.

40. Is there anything about the Defendants Officer Peecook and Potter that may influence your ability or willingness to consider the evidence fairly, and to render a verdict in their favor if the evidence fails to prove Plaintiff's claims?  If so, please describe.

41. Is there anything at all about this case that troubles you?  If so, please describe.

42. Do any of you have anything that you would like to bring to the Court's attention (*e.g.*, health problems, hearing problems, difficulty understanding English, personal bias, financial problems, etc.) that might affect your ability to be an effective, fair and impartial juror?