1  THOMAS B. BROWN, CITY ATTORNEY, (SBN 104254)
2  DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)
   CITY OF NAPA
3  P.O. BOX 660
   NAPA, CA 94559
   Telephone: (707) 257-9516
4  Facsimile: (707) 257-9274

5  Attorneys for Defendants CITY OF NAPA, OFFICER DEBBIE PEECOOK,
   and OFFICER BRENT POTTER

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

11 | STEPHANIE HARRINGTON,                    ) Case No. C04-0958 JSW
                                              )
12 |        Plaintiff,                        ) [PROPOSED]
                                              ) **AMENDED** ORDER PERMITTING ENTRY
13 |   vs.                                    ) AND SETUP OF AUDIO/VIDEO DEVICES
                                              ) FOR TRIAL
14 | CITY OF NAPA, a municipal entity, POLICE )
   OFFICER DEBBIE PEECOOK, POLICE             )
15 | OFFICER BRENT POTTER, in their individual)
   and official capacities, and DOES 1-100, Jointly )
16 | and Severally,                           )
                                              )
17 |        Defendants.                       )
                                              )

19     Pursuant to the request of Defendants Debbie Peecook and Brent Potter, the Court hereby orders

20  that Bill Hamm (or his designate) of Legal Videos shall be permitted by the United States Marshal to

21  enter the Federal Building at 450 Golden Gate Avenue, San Francisco, California, on or after August 9,

22  2005 with the following materials, which are reasonably required for the trial of this matter:

23      1.   One Elmo overhead projector.

24      2.   One DVD player.

25      3.   One large retractable screen.

26      4.   One audio/video mixer.

27      5.   One audio tape player.

28      6.   Multiple electrical cords and remote control devices for the above equipment.

                                                                                                  1
---
**Amended** Order Permitting Entry and Setup of Audio/Video Devices for Trial

Legal Videos shall coordinate the setup time for this equipment with the Court's Deputy Clerk Jennifer Ottolini, who may be reached at 415-522-4173. Installation and set up shall be accomplished as directed by Ms. Ottolini.

**IT IS SO ORDERED.**

Dated: August _5_, 2005

_____
UNITED STATES DISTRICT JUDGE

2

**Amended** Order Permitting Entry and Setup of Audio/Video Devices for Trial