IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

    Plaintiff,

v.

CITY OF NAPA, et al.,

    Defendants.

No. C 04-00958 JSW

**ORDER RE PLAINTIFF'S MOTION *IN LIMINE* NO. 4**

On Friday, August 5, 2005 Plaintiff filed an *in Limine* motion to exclude selected deposition videotape excerpts in Defendants' opening statement. The Court HEREBY ORDERS that by no later than 5:00 p.m. today, August 8, 2005, Defendants shall submit a filing which identifies which deposition videotape excerpts they intend to show the jury in their opening statement. By no later than 1:00 p.m. on Tuesday, August 9, 2005, Plaintiffs shall file and serve any objections to Defendants' use of such excerpts. Any excepts submitted to the Court by either party shall be by transcript only.

**IT IS SO ORDERED.**

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE