UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,      Case No. C-04-958 JSW

    Plaintiff(s),

  v.      **ORDER**

CITY OF NAPA,

    Defendant(s).
_____/

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Monday, August 15, 2005**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Jury Commissioner