UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

        Plaintiff(s),

  v.

CITY OF NAPA,

        Defendant(s).
                                /

Case No. C-04-958 JSW

**AMENDED ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **Monday, August 15, 2005**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in **Courtroom 2, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: August 8, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Jury Commissioner