IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

    Plaintiff,

v.

POLICE OFFICER DEBBIE PEECOOK and POLICE OFFICER BRETT POTTER, in their individual and official capacities,

    Defendants.

No. C 04-00958 JSW

**ORDER DENYING PLAINTIFF'S MOTION *IN LIMINE* NO. 4**

Now before the Court is Plaintiff's Motion *in Limine* No. 4. Having carefully considered the parties' papers and the relevant legal authority, the Court HEREBY ORDERS that Plaintiff's Motion *in Limine* No. 4 is DENIED. This order is without prejudice to Plaintiff renewing her objections to the proffered deposition excerpts and to requesting that the proposed additional excerpts be presented to the jury under the rule of completeness when and if Defendants offer such deposition excerpts as evidence during the trial.

**IT IS SO ORDERED.**

Dated: August 9, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE