| | |
|---|---|
| 1 | THOMAS B. BROWN, CITY ATTORNEY, (SBN 104254) |
| 2 | DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN 129881)<br>CITY OF NAPA |
| 3 | P.O. BOX 660<br>NAPA, CA 94559 |
| | Telephone: (707) 257-9516 |
| 4 | Facsimile: (707) 257-9274 |
| 5 | Attorneys for Defendants CITY OF NAPA, OFFICER DEBBIE PEECOOK, |
| | and OFFICER BRENT POTTER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON, | Case No. C04-0958 JSW |
| Plaintiff, | [PROPOSED] |
| vs. | ORDER PERMITTING DEFENDANT SERGEANT DEBBIE PEECOOK TO ENTER FEDERAL BUILDING WITH HANDCUFFS |
| CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally, | |
| Defendants. | |

Defendant Sergeant Debbie Peecook is hereby granted permission to bring a set of handcuffs into the Federal Building at 450 Golden Gate Avenue, San Francisco, California, and specifically to Courtroom 2, 17th Floor, the Chambers of the Honorable Jeffrey S. White on August 10, 2005. Sergeant Peecook will bring with her her peace officer identification and will display that and this Order at the time of entry. The parties have listed handcuffs as an exhibit in this matter.

**IT IS SO ORDERED.**

Dated: August _9_, 2005

_____
UNITED STATES DISTRICT JUDGE

Order Permitting Sergeant Debbie Peecook to Enter Federal Building with Handcuffs

1