1  DAVID M. HELBRAUN (SBN 129840)
   **HELBRAUN LAW FIRM**
2  180 Sutter Street, Suite 200
   San Francisco, California 94104
3  Telephone: (415) 982-4000
   Facsimile: (415) 352-0988
4
   Attorneys for Plaintiff
5  STEPHANIE HARRINGTON

6  THOMAS B. BROWN, CITY ATTORNEY (SBN. 104254)
   DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN. 129881)
7  CITY OF NAPA
   P.O. BOX 660
8  NAPA, CA 94559
9  Telephone:    (707) 257-9516
   Facsimile:    (707) 257-9274
10
11 Attorneys for Defendants OFFICER DEBBIE PEECOOK,
   and OFFICER BRENT POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,                )  | Case No. C04-00958 JSW |
|                                      )  | |
|     Plaintiff,   )  | SPECIAL VERDICT FORM NO. 1 |
| v.                                   )  | |
|                                      )  | Court: 2, 17th Floor |
| POLICE OFFICER DEBBIE                )  | |
| PEECOOK, POLICE OFFICER BRETT        )  | Trial Date: August 15, 2005 |
| POTTER, in their individual and official )  | |
| capacities,                          )  | Honorable Jeffrey S. White |
|                                      )  | |
|     Defendants.  )  | |
|                                      )  | |

1. Do you find that Officer Debbie Peecook used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

2. Do you find that Officer Brent Potter used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

3. Do you find that Officer Brent Potter failed to intercede to prevent unreasonable and excessive force by Officer Debbie Peecook against Plaintiff on May 25-26, 2003 in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

If your answers to Questions 1, 2 and 3 are "no," sign and date the form where indicated below without responding to any further questions and return the form to the U.S. Marshal.

Answer the following question **only** if your answer to Questions 1, 2 or 3 is "**yes**."

    4.    We the jury find that Plaintiff Stephanie Harrington has been damaged by Defendant(s) conduct in the amount of:

$_____.

Please return this form to the United States Marshal.

Dated: _____, 2005                   _____
                                                                    FOREPERSON