DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
STEPHANIE HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>Plaintiff,<br>v.<br><br>CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>Defendants. | Case No. C04-00958 JSW<br><br>[PROPOSED] ORDER PERMITTING DAVID M. HELBRAUN TO BRING HANDCUFFS TO COURT ON AUGUST 16.<br><br>Trial Date: August 15, 2005<br><br>Court: 2, 17th Floor<br><br>Honorable Jeffrey S. White |

Pursuant to the request of Plaintiff Stephanie Harrington, the Court hereby orders that her Attorney of Record, David M. Helbraun, shall be permitted by the United States Marshal to enter the Federal Building at 450 Golden Gate avenue, San Francisco, California, on August 16, 2005, with the following material which is reasonably required for the trial of this matter:

1. Handcuffs and handcuff keys.

IT IS SO ORDERED.

DATED: August 12, 2005

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

---

[PROPOSED] ORDER RE PERMISSION TO BRING HANDCUFFS TO COURT  Case No. C-04-00958 JSW