C-04-958 JSW

**PAGE:LINE**

100:25 - 101:1 — Sustained
101:15 — Overruled
108:18-19 — O
121:3-4 — O
121:11-12 — O
129:20-22 — O
158:16-18 — S
158:25 - 159:2 — S

FILED
AUG 17 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dated: August 16, 2005          OFFICE OF THE CITY ATTORNEY

                                By: _____
                                    DAVID C. JONES
                                    Attorneys for Defendants CITY OF NAPA,
                                    COUNTY OF NAPA, DEBBIE PEECOOK,
                                    BRENT POTTER

Dated: August 16, 2005          HANSON, BRIDGETT, MARCUS,
                                    VLAHOS & RUDY, LLP

                                By: _____
                                    KIMON MANOLIUS
                                    JOHN T. CU
                                    Attorneys for Defendants CITY OF NAPA,
                                    COUNTY OF NAPA, DEBBIE PEECOOK,
                                    BRENT POTTER

So ordered aug 17, 2005
/s/ Jeffrey S. White

-2-

OBJECTIONS FROM THE TESTIMONY OF JIM ANDERSON, M.D., TO BE REDACTED FROM THE TRANSCRIPT                                                        1205773.1