DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

Attorneys for Plaintiff
STEPHANIE HARRINGTON

THOMAS B. BROWN, CITY ATTORNEY (SBN. 104254)
DAVID C. JONES, DEPUTY CITY ATTORNEY (SBN. 129881)
CITY OF NAPA
P.O. BOX 660
NAPA, CA 94559
Telephone:    (707) 257-9516
Facsimile:    (707) 257-9274

Attorneys for Defendants OFFICER DEBBIE PEECOOK,
and OFFICER BRENT POTTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>　　　　Plaintiff,<br>v.<br><br>POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities,<br><br>　　　　Defendants. | Case No. C04-00958 JSW<br><br>SPECIAL VERDICT FORM NO. 1<br><br>Court: 2, 17th Floor<br><br>Trial Date: August 15, 2005<br><br>Honorable Jeffrey S. White |

1. Do you find that Officer Debbie Peecook used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

2. Do you find that Officer Brent Potter used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

3. Do you find that Officer Brent Potter failed to intercede to prevent unreasonable and excessive force by Officer Debbie Peecook against Plaintiff on May 25-26, 2003 in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

_____ yes          _____ no

If your answers to Questions 1, 2 and 3 are "no," sign and date the form where indicated below without responding to any further questions and return the form to the U.S. Marshal.

Answer the following question **only** if your answer to Questions 1, 2 or 3 is "**yes**."

    4.    We the jury find that Plaintiff Stephanie Harrington has been damaged by Defendant(s)conduct in the amount of:

$_____.

Please return this form to the United States Marshal.

Dated: _____, 2005        _____
                                                              FOREPERSON