

**FILED**
AUG 2 4 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

Plaintiff,

v.

POLICE OFFICER DEBBIE PEECOOK and POLICE OFFICER BRETT POTTER, in their individual and official capacities,

Defendants.

No. C 04-00958 JSW

**SPECIAL VERDICT FORM**

1. Do you find that Officer Debbie Peecook used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

   ✓    yes        no

2. Do you find that Officer Brent Potter used unreasonable and excessive force against Plaintiff Stephanie Harrington on May 25-26, 2003, in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

       yes    ✓    no

3. Do you find that Officer Brent Potter failed to intercede to prevent unreasonable and excessive force by Officer Debbie Peecook against Plaintiff on May 25-26, 2003 in violation of Plaintiff's rights under the Fourth Amendment to the United States Constitution?

   ✓    yes        no

If your answers to Questions 1, 2 and 3 are "no," sign and date the form where indicated below without responding to any further questions and return the form to the clerk or court security officer.

Answer the following question **only** if your answer to Questions 1, 2 or 3 is "**yes.**"

4. We the jury find that Plaintiff Stephanie Harrington has been damaged by Defendant(s)conduct in the amount of:

$ 10,000.00

Please return this form to the clerk or court security officer.

Dated: Aug 24, 2005

                                                      FOREPERSON