| | |
|---|---|
| 1 | DAVID M. HELBRAUN (SBN 129840)<br>**HELBRAUN LAW FIRM** |
| 2 | 180 Sutter Street, Suite 200<br>San Francisco, California 94104 |
| 3 | Telephone: (415) 982-4000<br>Facsimile: (415) 352-0988 |
| 4 | |
| 5 | DAVID HICKS, APLC (SBN 053750) (Fee Counsel)<br>2200 Powell Street, Suite 990 |
| 6 | Emeryville, CA 94608<br>Telephone: (510) 595-2000<br>Facsimile: (510) 594-9555 |
| 7 | |
| 8 | Attorneys for Plaintiff<br>STEPHANIE HARRINGTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHANIE HARRINGTON, | ) | Case No. C04-00958 JSW |
| Plaintiff, | ) | |
| v. | ) | **PLAINTIFF'S APPENDIX OF EXHIBITS TO HELBRAUN DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND COSTS** |
| CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally, | ) | |
| | ) | Date: October 14, 2005<br>Time: 9:00 a.m.<br>Court: 2, 17th Floor |
| Defendants. | ) | |
| | ) | Honorable Jeffrey S. White |

| | |
|---|---|
| EXHIBIT "A" | Helbraun Law Firm Timeslip time entries and expenses |
| EXHIBIT "B" | Expert invoices |
| EXHIBIT "C" | September 2, 2005 letter |
| EXHIBIT "D" | Plaintiff's Contingency Fee Agreement |

DATED:  September 7, 2005          HELBRAUN LAW FIRM


            _____/s/_____
            DAVID M. HELBRAUN
            Attorneys for Plaintiff
            STEPHANIE HERRINGTON