DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

DAVID HICKS, APLC (SBN 053750) (Fee Counsel)
2200 Powell street, Suite 990
Emeryville, CA 94608
Telephone: (510) 595-2000
Facsimile: (510) 594-9555

Attorneys for Plaintiff
STEPHANIE HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>    Plaintiff,<br>v.<br><br>CITY OF NAPA, a municipal entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRETT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>    Defendants. | Case No. C04-00958 JSW<br><br>**DECLARATION OF MARIA BEE, ESQ. IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES AND COSTS**<br><br>Date: October 14, 2005<br>Time: 9:00 a.m.<br>Court: 2, 17th Floor<br><br>Honorable Jeffrey S. White |

I, Maria Bee, do declare:

1. I am an attorney licensed to practice before all the Courts of the State of California and am a Deputy City Attorney in the Office of the City Attorney of Oakland, California. I was an Assistant District Attorney in the San Francisco District Attorney's Office for almost five years before becoming a Deputy City Attorney, where I have practiced for five years.

2. I represented the Oakland Police Department and several of its police officers in a suit brought by Frederick Pruitt, entitled *Pruitt v. City of Oakland,* being U.S.D.C. for the Northern District of California Action No. C-03-3299 MJJ. David M. Helbraun represented the plaintiff in that action.

---

**DECLARATION OF MARIA BEE IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS**
**Case No. C-04-00958 JSW**
1

3. The Pruitt case was filed in or about July of 2003, and was settled before Magistrate Judge Edward C. Chen in September 2004, after initial document disclosures and party and witness depositions. The City of Oakland paid $52,500 to settle that case.

4. Throughout the litigation of the *Pruitt* case, I found plaintiff's counsel David Helbraun to be professional, reasonable, and courteous. Mr. Helbraun zealously represented his client with courtesy and professionalism at all times. I found Mr. Helbraun to be very reasonable in his approach to litigating the case, as well as in his approach to resolving the case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to my personal knowledge and belief, that if called to testify I could and would competently testify to the foregoing, and that I executed this Declaration on the 1st day of September, 2005, in the City of Oakland, California.

_____/s/_____
Maria Bee, Esq.

---

**DECLARATION OF MARIA BEE IN SUPPORT OF PLAINTIFF'S MOTION FOR FEES AND COSTS**
Case No.  C-04-00958 JSW

2