**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HARRINGTON,

    Plaintiff,

    v.

POLICE OFFICER DEBBIE PEECOOK and POLICE OFFICER BRETT POTTER, in their individual and official capacities,

    Defendants.

                                                /

No. C 04-00958 JSW

**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE**

      Pursuant to Local Rule 72-1, Plaintiff's motion for attorneys' fees is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, January 6, 2006 is HEREBY VACATED.

      **IT IS SO ORDERED.**

Dated: September 27, 2005

                                                                JEFFREY S. WHITE
                                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom