UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE HERRINGTON,

    Plaintiff,

    v.

CITY OF NAPA, et al.,

    Defendants.
_____/

No. C 04-00958 JSW (EDL)

RECUSAL ORDER

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter was referred to the undersigned for a report and recommendation on Plaintiff's Motion for Attorneys' Fees. The Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another magistrate judge.

IT IS SO ORDERED.

Dated: September 30, 2005

                                                                   *Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge