DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

DAVID HICKS, APLC (SBN 053750) (Fee Counsel)
2200 Powell Street, Suite 990
Emeryville, CA 94608
Telephone: (510) 595-2000
Facsimile: (510) 594-9555

Attorneys for Plaintiff
STEPHANIE HARRINGTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>　　　　　Plaintiff,<br>v.<br><br>CITY OF NAPA, a municipal entity, COUNTY OF NAPA, a government entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>　　　　　Defendants. | Case No. C04-00958 JSW (JL)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR FEES AND COSTS FOR NOVEMBER 9, 2005 |

　　　　　WHEREAS, Plaintiff's counsel David M. Helbraun will be out of the country on November 16, 2005, the date recently set by the Court for hearing on Plaintiff's Motion for Attorney's Fees and Costs, and

　　　　　WHEREAS, the parties, by and through their respective counsel, agree that November 9 is a suitable alternative hearing date for the said motion of Plaintiff, and

　　　　　WHEREAS, the moving and opposition briefing papers have already been filed and served,

　　　　　THE PARTIES, by and through their respective counsel, hereby stipulate and agree that the hearing (for report and recommendation by the Magistrate Judge) on Plaintiff's Motion for

**STIPULATION AND ORDER RE HEARING ON MOTION FOR FEES AND COSTS**　　Case No. C04-00958 JSW   1

1 Attorney's Fees and Costs shall take place at 9:30 a.m. on November 9 rather than on November
2 16, 2005, and that Plaintiff's reply briefing shall be filed and served in accordance with local rules
3 14 days before the November 9 hearing date.

        Respectfully submitted,

DATED: October 12, 2005        HELBRAUN LAW FIRM

                      _____/s/_____
                      David M. Helbraun
                      Attorneys for Plaintiff
                      STEPHANIE HERRINGTON

DATED: October 12, 2005        CITY OF NAPA ATTORNEY

                      _____/s/_____
                      David Jones
                      Attorneys for Defendants POTTER, PEECOOK,
                      and CITY OF NAPA

**IT IS SO ORDERED.**

DATED: October 13, 2005

_____
JOHN [signature: Judge James Larson — IT IS SO ORDERED] JUDGE
UNITED STATES [DISTRICT] JUDGE

---

**STIPULATION AND ORDER RE HEARING ON MOTION FOR FEES AND COSTS**    Case No. C04-00958 JSW  2