IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>    Plaintiff,<br><br>  v.<br><br>POLICE OFFICER DEBBIE PEECOOK and POLICE OFFICER BRETT POTTER, in their individual and official capacities,<br><br>    Defendants.<br>_____/ | No. C 04-00958 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on February 10, 2006 on Defendants' Motion to Review Magistrate Judge Larson's Report and Recommendation. The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be due on Wednesday, January 4, 2006 and Defendants' reply brief shall be due on Wednesday, January 11, 2006.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: December 22, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE