DAVID M. HELBRAUN (SBN 129840)
**HELBRAUN LAW FIRM**
180 Sutter Street, Suite 200
San Francisco, California 94104
Telephone: (415) 982-4000
Facsimile: (415) 352-0988

DAVID HICKS, APLC (SBN 053750) (Fee Counsel)
2200 Powell Street, Suite 990
Emeryville, CA 94608
Telephone: (510) 595-2000
Facsimile: (510) 594-9555

Attorneys for Plaintiff
STEPHANIE HARRINGTON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE HARRINGTON,<br><br>    Plaintiff,<br>v.<br><br>CITY OF NAPA, a municipal entity, COUNTY OF NAPA, a government entity, POLICE OFFICER DEBBIE PEECOOK, POLICE OFFICER BRENT POTTER, in their individual and official capacities, and DOES 1-100, Jointly and Severally,<br><br>    Defendants. | Case No. C04-00958 JSW (JL)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING ORDER SETTING BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO REVIEW MAGISTRATE JUDGE LARSON'S REPORT AND RECOMMENDATIONS. |

    WHEREAS, Plaintiff's counsel David M. Helbraun was out of state and unavailable from December 23, 2005 through January 1, 2006, as was Plaintiff's fee counsel,

    THE PARTIES hereby agree and stipulate that good cause exists to modify the Court's Order Setting Briefing Schedule such that Plaintiffs' Opposition Brief be filed on or before January 12, 2006, and defendants' reply brief be filed on or before January 18, 2006.

    Respectfully submitted,

DATED: January 3, 2006          HELBRAUN LAW FIRM

                                        /s/
                                   David M. Helbraun
                                   Attorneys for Plaintiff
                                   STEPHANIE HARRINGTON

---

STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE      Case No. C04-00958 JSW   1

| | | |
|---|---|---|
| 1 | DATED: January 3, 2006 | CITY OF NAPA ATTORNEY |
| 2 | | |
| 3 | | _____/s/_____<br>David Jones |
| 4 | | Attorneys for Defendants POTTER, PEECOOK, and CITY OF NAPA |
| 5 | | |
| 6 | **IT IS SO ORDERED.** | |
| 7 | | |
| 8 | DATED: January 3, 2006 | _/s/ Jeffrey S. White_____ |
| 9 | | JEFFREY S. WHITE<br>UNITED STATES DISTRICT JUDGE |